UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
TRAVEL WIZARD,                                                    :
                                                                  :
                              Petitioner,                         :
                                                                  :       06 Civ. 2074 (GEL)
           -v-                                                    :
                                                                  :       **ORDER**
CLIPPER CRUISE LINES,                                             :
                                                                  :
                              Respondent,                         :
                                                                  :
------------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

     This case was resolved by the Court's Opinion and Order dated January 3, 2007. Accordingly, the Clerk of the Court is respectfully directed to mark the case closed.

SO ORDERED.

Dated: New York, New York
        May 3, 2007

                                                               GERARD E. LYNCH
                                                    United States District Judge